IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MIN WEI ZHENG,** : | |
| Petitioner, : | |
| vs. : | CA 07-0625-CG-C |
| **ALBERTO GONZALES, etc.,** : | |
| **et al.,** | |
| : | |
| Respondents. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 16, 2007 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 26th day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE