**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MIN WEI ZHENG,** | **:** | |
| **Petitioner,** | **:** | |
| **vs.** | **:** | **CA 07-0625-CG-C** |
| **ALBERTO GONZALES, etc.,** | **:** | |
| **et al.,** | | |
| | **:** | |
| **Respondents.** | | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**,

and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. §

2241, be **DISMISSED**, as moot.

**DONE and ORDERED** this 26th day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE